# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

143832

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL CHARLES RINEHART,
      Defendant-Appellant.

SC: 143832
COA: 305253
Clinton CC: 08-008278-FH

_____/

      On order of the Court, the application for leave to appeal the August 24, 2011 and September 15, 2011 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

y1219